JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLARA JOLON , <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION; and DOES 1 to 50 inclusive , <br><br> Defendant. | Case No. 2:20-CV-08685 SVW (KSx) <br><br> **ORDER RE STIPULATION FOR DISMISSAL** |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: March 11, 2021           By: _____
                                    HONORABLE STEPHEN V. WILSON

1

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**